SuffolkFederal
*Better Banking For Long Island*

**SUFFOLK FEDERAL CREDIT UNION**
**3681 Horseblock Road**
**PO Box 9005**
**Medford, NY 11763**
**631.924.8000**
**http://www.suffolkfcu.org**

# TRUTH-IN-SAVINGS DISCLOSURE

## Rate and Fee Schedule

**Effective Date:**

The rates, fees and terms applicable to your account at the Credit Union are provided in this Truth-In-Savings Disclosure. The Credit Union may offer other rates for these accounts from time to time.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government
**NCUA**
National Credit Union Administration, a U.S. Government Agency

| ACCOUNT TYPE | | DIVIDENDS | | | | BALANCE REQUIREMENTS | | | | ACCOUNT LIMITATIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Dividend Rate/Annual Percentage Yield | Dividends Compounded | Dividends Credited | Dividend Period | Minimum Opening Deposit | Minimum Balance to Avoid a Service Fee | Minimum Balance to Earn the Stated APY | Balance Method | See Section 6 |
| Share Savings Account | $100.00-$4,999.99<br>$5,000.00 and over | 0.10%/0.10%<br>0.10%/0.10% | Daily | Monthly | Calendar Month | $5.00 | $5.00 | $100.00 | Daily Balance | Account transfer limitations apply. |
| Joint Savings Account | | N/A / N/A | N/A | N/A | N/A | $5.00 | $5.00 | N/A | N/A | Account transfer limitations apply. |
| SEP Account | | 0.10%/0.10% | Daily | Monthly | Calendar Month | --- | --- | --- | Daily Balance | Account transfer and withdrawal limitations apply. |
| Insured Money Market Account | $2,500.00 - $24,999.99<br>$25,000.00 - $49,999.99<br>$50,000.00 - $99,999.99<br>$100,000.00 - $249,999.99<br>$250,000.00 - $499,999.99<br>$500,000+<br>Premium $1,000,000+ | 0.55%/0.55%<br>0.75%/0.75%<br>1.19%/1.20%<br>1.29%/1.30%<br>1.49%/1.50%<br>1.59%/1.60%<br>1.59%/1.60% | Daily | Monthly | Calendar Month | $2,500.00 | $2,500.00 | $2,500.00 | Daily Balance | Account transfer and withdrawal limitations apply. |
| Holiday Club Account<br>Vacation Club Account<br>Tax Time Club Account<br>First Home Club | $100.00-$4,999.99<br>$5,000.00 and over | 0.10%/0.10%<br>0.15%/0.15% | Daily | Monthly | Calendar Month | $5.00 | --- | $100.00 | Daily Balance | Account transfer and withdrawal limitations apply. |
| 1st Time Home Buyers Club | $100.00-$4,999.99<br>$5,000.00 and over | 0.10%/0.10%<br>0.15%/0.15% | Daily | Monthly | Calendar Month | $100.00 | --- | $100.00 | Daily Balance | Account transfer and withdrawal limitations apply. |
| Youth Savings Account | $100.00-$1,000.00<br>$1,000.01 and over | 3.50%/3.56%<br>0.10%/0.10% | Daily | Monthly | Calendar Month | $5.00 | $5.00 | $100.00 | Daily Balance | Account transfer limitations apply. |
| IRA Share Account | | 0.10%/0.10% | Daily | Monthly | Calendar Month | --- | --- | --- | Daily Balance | Account transfer and withdrawal limitations apply. |
| Advantage Checking Account* | $10,000+ | 0.10%/0.10% | Daily | Monthly | Calendar Month | --- | --- | $10,000 | Daily Balance | --- |
| Max Money Account | $0.00 - $9,999.99<br>$10,000.00 - $24,999.99<br>$25,000.00 - $49,999.99<br>$50,000.00+ | 0.00%/0.00%<br>0.10%/0.10%<br>0.11%/0.11%<br>0.25%/0.25% | Daily | Monthly | Calendar Month | --- | $3,000.00 | --- | Daily Balance | --- |
| Basic Business Checking Account | | N/A / N/A | N/A | N/A | N/A | --- | --- | --- | N/A | --- |
| Deluxe Business Checking Account | $0.00 - $49,999.99<br>$50,000.00 - $99,999.99<br>>$100,000.00 | 0.30%/0.30%<br>0.35%/0.35%<br>0.40%/0.40% | Daily | Monthly | Calendar Month | --- | --- | $5,000.00 | Daily Balance | --- |

*LI2Day and Girl Scout Checking Accounts have the same rates and fees as Advantage Checking accounts.

REVISED 12/02/19

SuffolkFederal
Better Banking For Long Island

SUFFOLK FEDERAL CREDIT UNION
3681 Horseblock Road
PO Box 9005
Medford, NY 11763
631.924.8000
http://www.suffolkfcu.org

# TRUTH-IN-SAVINGS DISCLOSURE

## Rate and Fee Schedule

**Effective Date:**

The rates, fees and terms applicable to your account at the Credit Union are provided in this Truth-In_Savings Disclosure.
The Credit Union may offer other rates for these accounts from time to time.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government
NCUA
National Credit Union Administration, a U.S. Government Agency

## ACCOUNT DISCLOSURES

***Except as specifically described, the following disclosures apply to all of the accounts. All accounts described in this Truth-In-Savings Disclosure are Share Accounts.***

**1. Rate Information.** The Annual Percentage Yield is a percentage rate that reflects the total amount of dividends to be paid on an accounts based on the dividend rate and frequency of compounding for an annual period. For all accounts, the Dividend Rate and Annual Percentage Yield may change at any time as determined by the Credit Union's Board of Directors. The Dividend Rates and Annual Percentage Yields are the prospective rates and yields that the Credit Union anticipates paying for the applicable dividend period. All accounts except for the SEP, IRA Share, Advantage Checking and Basic Business Checking accounts are Tiered Rate accounts. The ranges of balances and corresponding Dividend Rate and Annual Percentage Yield are applicable to each account listed in the Rate Schedule.

**2. Nature of Dividends.** Dividends are paid from current income and available earnings after required transfers to reserves at the end if the dividend period.

**3. Dividend Compounding and Crediting.** The compounding and crediting of dividends and dividend period applicable to each account are set forth in the Rate Schedule. The Dividend Period is the period of time at the end of which an account earns dividend credit. The Dividend Period begins on the first calendar day of the period and ends on the last calendar day of the period.

**4. Accrual of Dividends.** For all accounts, dividends will begin to accrue on noncash deposits (e.g. checks) on the business day you make the deposit to your account.

**5. Balance Information.** To open any account, you must deposit or already have on deposit at least the par value of one full share in any account. The par value amount is $5.00. Some accounts may have additional minimum opening deposit requirements. The minimum balance requirements applicable to each account are stated in the Rate Schedule. For Share Savings and Insured Money Market accounts, there is a minimum Daily Balance required to avoid a service fee for the dividend period. If the minimum daily balance is not met during each day of the dividend period, there may be a service fee as stated in the Fee Schedule.

**6. Account Limitations.** For Share Savings, SEP, Holiday Club, Vacation Club, Tax Time Club, Youth Savings and IRA Share accounts, you may make no more that six (6) transfers and withdrawals from your account to another account of yours or to a third party in any monthly means of a preauthorized, automatic or internet transfer, by telephone order or instruction, or by draft, debit card or similar order. If you exceed these limitations, your account may be subject to a fee or be closed. For Holiday Club accounts, the entire available balance will be transferred to your Regular Share Savings account on or after September 30th and the account will remain open. If you wish to access funds in your Holiday Club account, you may be charged a fee as disclosed in the Fee Schedule. However, no fee will be charged if the withdrawal occurs within seven (7) days of the date the account is open. For Vacation Club accounts, one (1) withdrawal per month is allowed after which a fee is disclosed in the Fee Schedule will be imposed. For the 1st Time Home Buyers Club, if you wish to access your funds in the account you may be charged a fee as disclosed in the Fee Schedule and may be disqualified from the program. For the First Home Club account no withdrawals are permitted. Members who withdrawal from this account will be disqualified from the program. For IRA Share accounts, when account balance reaches $500.00 it can be transferred to an IRA Certificate Account without a penalty. Rollovers and direct transfers are permitted. For Advantage Checking and Max Money accounts, no account limitations apply. For Insured Money market accounts, no more than three (3) withdrawals are permitted per month. If you exceed this limit, a fee will be charged as disclosed in the Fee Schedule. An Insured Money Market withdrawal below $500 is subject to a fee. For Youth Savings accounts, the entire balance will be transferred to your Regular Share Savings on the day the member turns 18 and the account will be closed. Fees may reduce earnings.

**7. Fees for Overdrawing Accounts.** Fees for overdrawing your account may be imposed on each check, draft, item, ATM transaction and debit card transaction, preauthorized automatic debit, telephone initiated withdrawal or any other electronic withdrawal or transfer transaction that is drawn on an insufficient available account balance. The entire balance in your account may not be available for withdrawal, transfer, paying a check, draft or item. You may consult the Funds Availability Policy Disclosure for information regarding the availability of funds in your account. Fees for overdrawing your account may be imposed for each overdraft, regardless of whether we pay or return the draft, item or transaction.If we have approved an overdraft protection limit for your account, such fees may reduce your protection limit. Please refer to the Fee Schedule for the current fee information.

# FEE SCHEDULE

## Credit Union Membership

| | | |
|---|---|---|
| Membership Share | $ 5.00 | Par value. Must be maintained at all times. |

## Share Account Fees

| | | |
|---|---|---|
| First Time Homebuyers Account Withdrawals | $10.00 | Each withdrawal. |
| Holiday Club Early Withdrawal | $10.00 | Per withdrawal. |
| Insured Money Market Balance Below Minimum | $15.00 | Per month if minimum balance is not maintained. No dividends earned while below minimum. |
| Insured Money Market Excess | $15.00 | Per withdrawal if more than three (3) withdrawals per month. |
| Insured Money Market Withdrawals/Checks Account | $15.00 | Per withdrawal if less than $500.00 |
| Insured Money Market Non-Sufficient Funds | $32.00 | Per item. |
| Share Savings / Youth Savings / Joint Share Savings | $ 1.00 | First full month if minimum balance is not maintained. |
| Vacation Club Excess Withdrawal | $10.00 | Per withdrawal if more than one (1) withdrawal per month. |
| Tax Time Club Excess Withdrawal | $10.00 | Per withdrawal if more than one (1) withdrawal per quarter. |

## Checking Account Fees

| | | |
|---|---|---|
| Certified Check | $ 2.00 | Per check |
| Courtesy Pay | $32.00 | Per item |
| Deluxe Business Checking | $20.00 | Per month if minimum balance is not maintained |
| Business Imaged Checks (Non-truncated) | $50.00 | Per month |
| Remote Deposit Capture (Business Accounts) | $15.00 | Per month |
| Max Money Account | $20.00 | Per month if minimum balance is not maintained |
| Non-Sufficient Funds | $32.00 | Per item |
| Microfilm Copy | $ 5.00 | Per item. $10.00 per faxed item |
| Cashier's Check Payable to 3rd Party | $ 4.00 | Per check |
| Overdraft Protection from Share Savings | $ 5.00 | Per item |
| Overdraft Protection from Personal Line of Credit or Business Overdraft Line of Credit | $ 5.00 | Per transfer, if amount is $20.00 and above. Only 4 overdrafts per day will be accessed a fee. |
| Starter Checks | $ 0.50 | Per check. $5.00 for twelve (12). |
| Stop Payment | $32.00 | Per request by MTS / Internet. |
| | $32.00 | Per request for Check / ACH. |
| Uncollected Funds | $32.00 | Per item |
| Check 21 Substitute Checks | $ 5.00 | Per check |

## Other Service Fees (applicable to all accounts)

| | | |
|---|---|---|
| Account Reconciliation/Research | $10.00 | Per quarter hour, minimum one-half hour |
| Activity Printout | $ 2.00 | Per request |
| Additional Replacement ATM Card | $ 5.00 | Per card |
| Additional Replacement MasterCard Debit Card | $ 10.00 | Per card |
| Rush Order Debit / ATM Card | $ 30.00 | Per card |
| Returned Deposited Item | $ 20.00 | Per item |
| Fax copy | $ 10.00 | Per item |
| Gift Card | $ 5.00 | Per card |
| Levies/Restraining Orders/ Garnishments | $ 50.00 | Each occurrence |
| Money Order | $ 5.00 | Per money order, maximum amount $1,000.00 |
| Notary (non-members) | $ 2.00 | Per item |
| Statement Copy | $ 5.00 | Per copy |
| Telephone Transfer | $ 5.00 | Per transfer, minimum of $50.00 transferred (other than MTS) |
| Teller Check Photocopy | $ 5.00 | Per check |
| Teller Check Stop Payment | $ 32.00 | Per check |
| Wire Transfer (outgoing) Domestic | $ 30.00 | Per transfer |
| Wire Transfer (outgoing) Foreign | $ 45.00 | Per transfer |
| Wire Transfer (incoming) | $ 5.00 | Per transfer |

## Electronic Funds Transfer Fees

| | | |
|---|---|---|
| ATM Foreign Cardholder surcharge | | Up to $3.00 per transaction |
| ATM Overdraft Withdrawals from Checking Which Invoke Overdraft Protection from Share Savings | $ 5.00 | Per transfer withdrawal |
| ATM Withdrawals, Transfers, Inquiries,Rejects (other than SFCU owned) | | First five (5) transactions per month free. $1.50 per transaction in excess of the first five (5). |
| ACH Item Non-Sufficient Funds fee | $ 32.00 | Per item |
| Bill Pay Non-Sufficient Funds | $ 32.00 | Per item |
| Bill Pay Stop Payment | $ 32.00 | Per item |
| Bill Pay Check Copy | $5.00 | Per item |
| **A2A Transfer Fees:** Failed Transaction (Display Only) | $32.00 | Per item |
| **P2P Transfer Fees:** | | |
| Failed Transaction | $32.00 | Per transaction |
| Personal Payments - Send Money | $1.00 | Per item |
| Personal Payments - Receive Money | $1.00 | Per item |

Continued on next page ......

**SuffolkFederal**

*Better Banking For Long Island*

The rates and fees appearing in this Schedule are accurate and effective for accounts as of the Effective Date indicated on this Rate and Fee Schedule. If you have any questions or require current rate and fee information on your accounts, please call the Credit Union.

## SUFFOLK FCU HOURS OF OPERATION

**Commack, Eastport, Islandia, Medford, Miller Place, Riverhead, Sayville, Southampton & West Babylon:**
Monday through Wednesday: 8:30 am - 5 pm
Thursday and Friday: 8:30 am - 6 pm
Saturday: 9 am - 2 pm

**Drive-Up:**
Monday through Wednesday: 8 am - 5 pm
Thursday and Friday: 8 am - 6 pm
Saturday: 9 am - 2 pm

**Call Center**:
Monday through Wednesday: 8 am - 5:30 pm
Thursday and Friday: 8 am - 6 pm
Saturday: 9 am - 2 pm

## OFFICE AND ON-SITE ATM LOCATIONS
*** Accepts Deposits**

**MEDFORD (MAIN OFFICE): 3681 Horseblock Road (11763)**
24 HOUR DRIVE-UP ATM* - 24 HOUR LOBBY ATM* - DRIVE-UP WINDOW

**COMMACK: 6150 Jericho Turnpike (Rt. 25) (11725)**
24 HOUR DRIVE-UP ATM* - DRIVE-UP WINDOW

**EASTPORT: 5 Eastport Manor Rd. #25 (11941)**
24 HOUR WALK-UP ATM* - DRIVE-UP WINDOW

**ISLANDIA: 1282 Motor Parkway (11749)**
24 HOUR DRIVE-UP ATM* - 24 HOUR LOBBY ATM* - DRIVE-UP WINDOW

**MILLER PLACE: Aliano Shopping Center, 691 RT. 25A (11764)**
24 HOUR DRIVE-UP ATM - 24 HOUR LOBBY ATM* - DRIVE-UP WINDOW

**RIVERHEAD: Rt. 24 at 2 Enterprise Zone Dr. (11901)**
24 HOUR DRIVE-UP ATM* - 24 HOUR LOBBY ATM* - DRIVE-UP WINDOW

**SAYVILLE: 213 North Main Street (11782)**
24 HOUR WALK-UP ATM*

**SOUTHAMPTON: 850 County Road 39 (11968)**
BRANCH ATM DURING HOURS OF OPERATION - 24 HOUR LOBBY ATM

**WEST BABYLON: 50-110 Rt. 109 (Shop-Rite Center) (11704)**
24 HOUR LOBBY ATM* - DRIVE-UP WINDOW

**PORT JEFFERSON: 200 Belle Terre Rd. (St Charles Hospital)**
Monday - Thursday 8:30am - 5pm , Friday 8:30am - 6 pm
24 HOUR WALK-UP ATMs at the following Hospitals ...
Mather Hospital - 75 N.Country Rd
St Charles Hospital - 200 Belle Terre Rd

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government
**NCUA**
National Credit Union Administration, a U.S. Government Agency

***Visit our Web Site:***
**www.suffolkfcu.org**

**Call us at**
**631-924-8000**

**FEE SCHEDULE ..... continued**

| Consumer Credit Card Fees | | |
|---|---|---|
| Balance transfer | | 3% for the first six months on Mastercard Platinum card |
| Card Replacement | $5.00 | Per card |
| Cash Advance | | 3% or $5.00, whichever is greater. |
| Late Payment | | $25.00 first occurrence; $35.00 thereafter |
| Pay by Phone | $5.00 | Per payment |
| Returned Payment | $25.00 | Per item |
| Statement Copy | $ 5.00 | Per copy |

| Business Credit Card Fees | | |
|---|---|---|
| Card Replacement | $5.00 | Per card |
| Statement Copy | $5.00 | Per copy |
| Pay by Phone | $5.00 | Per payment |
| Late Payment | $25.00 | Per occurrence |
| Returned Payment | $25.00 | Per occurrence |

| Miscellaneous Fees | | |
|---|---|---|
| Collection Items (from another financial institution) | $25.00 | On all over $50.00 (taken from check amount. Items under $50.00 not processed) |
| Dormant Account: | $20.00 | Per month on accounts subject to state abandonment regulations. |
| Home Equity Subordination | $150.00 | Per occurrence |
| Premature Membership Closure (Accounts opened less than 6 months) | $20.00 | Per membership |
| Loan Late Charge | $20.00 | Per occurrence |
| Loan Payment by Blue Pay Portal | $10.00 | Per occurrence |
| Manual Loan Payment | $10.00 | Per manual payment |
| Protest Letter | $25.00 | Per occurrence |
| Return Mail/Undeliverable Mail | $2.00 | Per occurrence |

REVISED 11/18/19