**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FELICIA WATSON**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SUFFOLK FEDERAL CREDIT UNION**,<br><br>Defendant. | Civil Action No. 1:20-cv-01531-LDH-CLP |

**NOTICE OF SETTLEMENT AND REQUEST FOR 30 DAY STAY**

Plaintiff and Defendant, by and through their undersigned counsel, hereby provide notice that they have reached a settlement in principle in the above-matter and are in process of drafting and finalizing the settlement agreement. Accordingly, the parties hereby request a stay of this matter for thirty (30) days while they complete the paperwork and fulfill the terms of the settlement, after which they will stipulate to dismissal of the action.

Dated: October 12, 2022                                             Respectfully submitted,

**LITCHFIELDCAVO**                                                **REESE LLP**

*/s/ Kevin Ameriks*                                                    */s/ Michael Reese*
Kevin Ameriks                                                              Michael Reese
303 West Madison, Suite 300                                   100 West 93rd Street, 16th Floor
Chicago, Illinois 60606                                               New York, New York 10025
Tel:  (312) 781-6574                                                  Tel: (212) 645-0500
*Ameriks@LitchfieldCavo.com*                             *mreese@reesellp.com*

**Counsel for Defendant**                                      **Counsel for Plaintiff**