**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FELICIA WATSON, *on behalf of herself and all others similarly situated*,<br><br>     Plaintiff,<br><br> - against -<br><br>SUFFOLK FEDERAL CREDIT UNION,<br><br>     Defendant. | No. 1:20-cv-01531-LDH-CLP<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Felicia Watson and defendant Suffolk Federal Credit Union, by their undersigned counsel, hereby stipulate and agree that this proceeding is DISMISSED in its entirety, with prejudice.

Date: November 8, 2022      Respectfully submitted,

          By: _/s/ Michael R. Reese_
            Michael R. Reese
            *mreese@reesellp.com*
            **REESE LLP**
            100 West 93rd Street, 16th Floor
            Telephone: (212) 643-0500
            Facsimile: (212) 253-4272

            *Counsel for Plaintiff Felicia Watson*

          By: _/s/ Kevin Ameriks_
            Kevin Ameriks
            *Ameriks@LitchfieldCavo.com*
            **LITCHFIELD CAVO LLP**
            303 West Madison, Suite 300
            Chicago, Illinois 60606
            Telephone: (312) 781-6574
            Facsimile:  (312) 781-6630

            *Counsel for defendant Suffolk Credit Union*